UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE KESTEN and SCOTT KESTEN, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10,<br><br>          Defendants. | **Case No. 1:11-CV-6981**<br>Judge James F. Holderman<br>Magistrate Judge Jeffrey Cole |

**DEFENDANT OCWEN LOAN SERVICING, LLC'S
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

      COMES NOW defendant Ocwen Loan Servicing, LLC ("Ocwen"), and respectfully moves the Court for an order dismissing plaintiffs Scott and Nicole Kesten's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

      Ocwen respectfully requests an opportunity to present its motion to the Court on December 1, 2011. As explained more fully in the accompanying memorandum of law, plaintiffs' First Amended Complaint fails to allege facts sufficient to establish causes of action under the Cranston-Gonzalez amendments to the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e), Regulation Z of the Truth In Lending Act, 12 C.F.R. § 226.20(c), and the Illinois Consumer Fraud Act, 815 ILL. COMP. STAT. 505/2, and also fails to allege facts sufficient to establish a cause of action for breach of contract under Illinois law.

Dated: November 28, 2011                Respectfully submitted,

                                                                                     s/Daniel K. Ryan

| | |
|---|---|
| Daniel K. Ryan<br>Adam L. Saper<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>(312) 704-3000<br>(312) 704-3001 (fax) | Elizabeth L. McKeen<br>Daniel P. Shean<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>(949) 823-6900<br>(949) 823-6994 (fax)<br><br>Randall W. Edwards<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>(415) 984-8700<br>(415) 984-8701<br><br>*Attorneys for Defendant Ocwen Loan Servicing, LLC* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE KESTEN and SCOTT KESTEN, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>OCWEN LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10,<br><br>        Defendants. | Case No. 1:11-CV-6981 |

**[Proposed] ORDER GRANTING OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

      AND NOW, the _____ day of _____, 2011, upon consideration of Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss, it is hereby

      ORDERED, that the motion is granted, and

      FURTHER ORDERED, that the claims against Ocwen Loan Servicing, LLC set forth in Plaintiffs' First Amended Complaint dated November 17, 2011, are hereby dismissed.

      IT IS SO ORDERED.

                                                    BY THE COURT:

                                                    HON. JAMES F. HOLDERMAN
                                                    UNITED STATES DISTRICT JUDGE