UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE KESTEN and SCOTT KESTEN, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10,<br><br>   Defendants. | **Case No. 1:11-CV-6981**<br>Judge James F. Holderman<br>Magistrate Judge Jeffrey Cole |

## DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

  COMES NOW Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac"), and respectfully moves the Court for an order dismissing plaintiffs Scott and Nicole Kesten's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1).

  Freddie Mac respectfully requests an opportunity to present its motion to the Court on December 22, 2011. As explained more fully in the accompanying memorandum of law, plaintiffs' First Amended Complaint fails to allege facts sufficient to establish causes of action under Regulation Z of the Truth In Lending Act, 12 C.F.R. § 226.20(c), and the Illinois Consumer Fraud Act, 815 ILL. COMP. STAT. 505/2, and also fails to allege facts sufficient to establish a cause of action for breach of contract under Illinois law.

130238439v1 0929460

| | |
|---|---|
| Dated: December 16, 2011 | Respectfully submitted, |
| |    s/*Daniel K. Ryan* |
| Daniel K. Ryan<br>Adam L. Saper<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>(312) 704-3000<br>(312) 704-3001 (fax) | Elizabeth L. McKeen<br>Daniel P. Shean<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>(949) 823-6900<br>(949) 823-6994 (fax) |
| | Randall W. Edwards<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>(415) 984-8700<br>(415) 984-8701 |
| | *Attorneys for Defendant Federal Home Loan Mortgage Corporation* |

130238439v1 0929460

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on December 16, 2011, I served this document by filing it with the Court's CM/ECF system, which will make a copy available to counsel of record identified below.

By: /s/ *Daniel K. Ryan*

## SERVICE LIST

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (Fax)
*Attorneys for plaintiffs Scott and Nicole Kesten*